UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BRIAN MCKINZIE,<br><br>               Defendant. | **ORDER SETTING CHANGE OF PLEA HEARINGS**<br><br>Case No.  CR 11-424 PJH |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>THOMAS FRANCOISE,<br><br>               Defendant. | Case No. CR 11-426 PJH |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JORGE WONG,<br><br>               Defendant. | Case No. CR 11-428 PJH |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DOUGLAS DITMER,<br><br>               Defendant. | Case No. CR 12-448 PJH |

United States District Court
Northern District of California

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

DANLI LIU,

         Defendant.

Case No. CR 12-611 PJH

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

MICHAEL RENQUIST,

         Defendant.

Case No. CR 13-143 PJH

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

JOHN SHIELLS and MIGUEL DE SANZ,

         Defendants.

Case No. CR 14-581 PJH

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

BRADLEY ROEMER,

         Defendant.

Case No. CR 15-229 PJH

      The status report filed by the government indicates, as it previously stated at the September 21, 2016 status hearing, that the nine defendants charged in the above-

2

United States District Court
Northern District of California

1   captioned cases should be the first to appear for Rule 11 hearings on new plea

2   agreements because the government expects to call them at trial in *United States v.*

3   *Florida*, No. CR 14-582 PJH.  The government neglects to propose a streamlined

4   procedure for taking the revised pleas or other suggestions for expediting the Rule 11

5   hearings, which the court anticipated when setting the filing deadline for the status report

6   based on the representations of counsel for the government.  Rather, the government

7   states that it "hopes to request the first Rule 11 hearings for a subset of these defendants

8   as soon as the end of the week of October 3, 2016."  Doc. no. 89.  The government's

9   statement fails to appreciate that the court must rule on pretrial matters in *Florida* at the

10  pretrial conference set for October 12, 2016, which includes defendants' objections to co-

11  conspirator statements and requests for disclosures, and the court is at a loss as to how

12  it can rule on the pretrial issues presented in *Florida* before the nine testifying defendants

13  have entered a revised plea.

14          Accordingly, the court specially sets the change of plea hearings in the above-

15  captioned cases on **Friday, October 7, 2016, at 9:00 a.m.**  Any party that wishes to

16  advance the change of plea hearing to October 5, 2016, at 1:30 p.m., may do so by filing

17  a stipulated request to advance the change of plea hearing.

18          **IT IS SO ORDERED.**

19  Dated: September 30, 2016

20  _____

21  PHYLLIS J. HAMILTON
    United States District Judge

22

23

24

25

26

27

28